IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBRA GREELEY                                                                    PLAINTIFF

v.                            Case No. 4:10-cv-1103-DPM

HOME DEPOT USA, INC.                                                      DEFENDANT

JUDGMENT

Debra Greeley's complaint is dismissed with prejudice.

*(signature)*
D.P. Marshall Jr.
Untied States District Judge

27 July 2011